

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:     Ex parte Thomas Aven Cole

Appellate case number:   01-15-00107-CR

Trial court case number: 2005582

Trial court:             County Criminal Court at Law No. 10 of Harris County

The Court previously requested briefing from the parties. The court reporter has informed us that the reporter's record has not been requested by appellant. We also have not received the requested briefing from appellant.

If appellant does not file a brief within 10 days of this order, the appeal will be decided without his brief. The response of the State is due by March 27, 2015, regardless of whether appellant files a brief. **No extensions** of these deadlines will be considered.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                    X  Acting individually     ☐ Acting for the Court

Date: March 3, 2015